## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:24-cv-22135-LEIBOWITZ

**RENZO BARBERI**,

    *Plaintiff,*

*v.*

**JULIO & SONS TIRES CORP. AND
PERRINE 9911 INC.,**

    *Defendants.*

_____/

### <u>ORDER</u>

    The parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 9] pursuant to FED. R. CIV. P. 41(a)(1).  Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*.  The Clerk of Court is directed to **CLOSE** this case.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.  The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement.

    **DONE AND ORDERED** in the Southern District of Florida on July 8, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record